# United States District Court
## Violation Notice

**CVB Location Code:** M6H

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDG008U | Bolte | 2197 |

FBDG008U

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/27/2021 00:00
**Offense Charged:** FED 36 CFR 261.13
**Place of Offense:** FRIDLEY CREEK NF SECTION #34

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
OPERATING A MOTOR VEHICLE ON NATIONAL FOREST SYSTEM LANDS IN VIOLATION OF THE CUSTER GALLATIN NATIONAL FOREST TRAVEL PLAN DESIGNATED PURSUANT TO 36 CFR 212.51

### DEFENDANT INFORMATION
**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| STORY | MICHAEL | V |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE
**VIN:**   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|
| | $ 200.00   Forfeiture Amount |
| | $ 30.00   Processing Fee |
| PAY THIS AMOUNT | $ 230.00   Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 2601 2nd Ave. North. Billings, MT 59101
**Date (mm/dd/yyyy):** 01/18/2022
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBDG008U

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09/27/2021 while exercising my duties as a law enforcement officer in the _____ District of MT

Pursuant to 16USC 551: I, Law Enforcement Officer Brad Bolte, received a complaint from a member of the public concerning unauthorized/illegal motor vehicle use in National Forest section #34, near Fridley Creek. The reporting party (RP) explained that he was walking in the eastern portion of section #34, when he was approached by a male riding a motorized ATV. The RP explained that the male identified himself as "Mike STORY" and accused the RP of trespassing, even though he was legally present on public land. The RP said that he attempted to end the conversation and walk away, but STORY followed him on the ATV and continued to "harass" him. The RP also said that STORY had a chainsaw and it appeared that he used it to cut a few trees to clear a path for himself. Later, Law Enforcement Officer Gabe Gassman and I contacted the defendant, Michael V. STORY, on October 10th, 2021 at 1542 hours. In our conversation with STORY, he admitting to operating an ATV in section #34 and engaging with the RP. STORY claimed he had authorization to use an ATV in that area, which is closed to public use of motorized vehicles. STORY also admitted to using a chainsaw to cut a few trees to clear a path on NF Land. Upon investigating STORY's claim that he had authorization or an easement to use a motor vehicle in that area, I found no evidence of such. On November 2nd, 2021, I issued Michael V. STORY a violation notice for OPERATING A MOTOR VEHICLE ON NATIONAL FOREST SYSTEM LANDS IN VIOLATION OF THE CUSTER GALLATIN NATIONAL FOREST TRAVEL PLAN DESIGNATED PURSUANT TO 36 CFR 212.51. I verbally warned STORY for disorderly conduct and maintaining an unauthorized trail. My conversations with STORY were recorded and are documented on evidence.com. I advised STORY of his initial appearance date, time, and location, which was printed on the two copies I handed him.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/27/2021
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident